**Matthew A. Levin, OSB #003054**
MattLevin@MHGM.com
**Shannon Armstrong, OSB #060113**
ShannonArmstrong@MHGM.com
**Kristin M. Asai, OSB #103286**
KristinAsai@MHGM.com
MARKOWITZ, HERBOLD, GLADE
 & MEHLHAF, P.C.
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
Tel: (503) 295-3085
Fax: (503) 323-9105

  Attorneys for Defendant Jason F. Sparks

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| XIOLOGIX LLC, an Oregon limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>JASON F. SPARKS,<br><br>        Defendant. | Case No.: 3:14-cv-01043-AC<br><br>**STIPULATED ORDER AND JUDGMENT OF DISMISSAL** |

  Based upon the Stipulated Permanent Injunction, this matter has been fully compromised and settled.

  Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Xiologix LLC, through its attorneys, Stutheit Kalin LLC, and defendant Jason F. Sparks, through his attorneys, Markowitz

Page 1 -  STIPULATED ORDER AND JUDGMENT OF DISMISSAL

Herbold PC, hereby stipulate to dismissal of this action with prejudice, and without costs or attorney fees to any party, and as to all claims, defenses, and counterclaims.

DATED this 31st day of July, 2014.

| MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C. | STUTHEIT KALIN LLC |
|---|---|
| /s/ Kristin M. Asai | /s/ Peter Stutheit |
| Matthew A. Levin, OSB #003054<br>MattLevin@MHGM.com<br>Kristin M. Asai, OSB #103286<br>KristinAsai@MHGM.com<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, OR 97204-3730<br>Telephone: (503) 295-3085<br>Of Attorneys for Defendant Sparks | Peter Stutheit, OSB # 061248<br>peter@peterstutheit.com<br>2300 SW 1ST Avenue, Suite 101<br>Portland, Oregon 97201<br>Telephone: (503) 493-7488<br>Of Attorneys for Plaintiff Xiologix |

## ORDER AND JUDGMENT

Based upon the above stipulation, it is ORDERED AND ADJUDGED that the above-captioned case be dismissed with prejudice and without costs or fees to either party.

DATED this 1st day of August, 2014.

_____
HONORABLE ANNA J. BROWN
DISTRICT COURT JUDGE

## CERTIFICATION

The undersigned attorney attests that she has obtained concurrence regarding the submission of this document from the signatories to this document.

DATED this 31st day of July, 2014.

/s/ Kristin M. Asai
_____
Kristin M. Asai, OSB #103286
Attorney for Defendant Sparks

Page 2 -   **STIPULATED ORDER AND JUDGMENT OF DISMISSAL**